**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 31, 2025**

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: | |
| COWAN FITNESS SOUTH ROUND ROCK, LLC | LEAD CASE NO. 25-10395-smr |
| COWAN FITNESS NORTH ROUND ROCK, LLC | SECOND CASE NO. 25-10396-smr |
| Jointly Administered Debtors. | CHAPTER 11, SUBCHAPTER V (Jointly Administered Under 25-10395-smr) |

**ORDER GRANTING JOINT MOTION FOR JOINT ADMINISTRATION**

On March 25, 2025, the Debtors filed their Joint Motions for Joint Administration in the above styled and numbered Chapter 11, Subchapter V cases seeking joint administration of such cases ("Motions"). The Court finds that notice was proper and that no party in interest made any response in opposition to the Motions or, if so, the relief requested in any such response was denied for the reasons stated on the record, and further finds that the relief requested in the Motions should be granted.

ACCORDINGLY, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Chapter 11, Subchapter V cases of Cowan Fitness South Round Rock, LLC and Cowan Fitness North Round Rock, LLC be jointly administered in accordance with the terms of this Order, as follows:

(1) Nothing contained in this Order shall be construed as directing or otherwise effecting a substantive consolidation of the bankruptcy cases of the Debtors; it is the Court's intention to jointly administer the bankruptcy cases of the Debtors for procedural purposes only;

(2) Cowan Fitness South Round Rock, LLC and Cowan Fitness North Round Rock, LLC are to be jointly administered under Case No. 25-10395-smr;

(3) Judge Shad M. Robinson shall preside over these jointly administered cases;

(4) The joint caption of the Cowan Fitness South Round Rock, LLC and Cowan Fitness North Round Rock, LLC. cases shall read as shown in attached Exhibit A.

(5) All original pleadings shall be captioned as set out above and all original docket entries shall be made in the case of Cowan Fitness South Round Rock 25-10395-smr.

(6) All proofs of claim shall be filed under the case number representing the Debtor's estate against which the claim is made;

(7) Each of the Debtors shall (a) file separate monthly operating reports; (b) maintain separate financial accounts and records; (c) not be liable for the claims against any of the Debtors by virtue of this Order; and (d) file separate Bankruptcy Schedules and Statements of Financial Affairs;

(8) A docket entry shall be made in each of the Debtors' cases substantially as follows: *An order has been entered in this case directing the joint administrative of the chapter 11 cases of Cowan Fitness South Round Rock, LLC and Cowan Fitness North Round*

*Rock, LLC.; the docket in the chapter 11 case of Cowan Fitness South Round Rock, 25-10395-smr should be consulted for all matters affecting this case;*

(9) Debtor shall file a master service list in Cowan Fitness South Round Rock, LLC 25-10395-smr which includes all creditors, persons filing Notices of Appearances, and all parties- in-interest in all of the debtors' jointly administered cases for future noticing requirements; and

(10) This order shall be served by the debtor on interested parties and all parties included on the master service list.

# # #

Prepared and submitted by

Frank B. Lyon
Texas SBN 12739800
*Physical Address*:
3800 North Lamar Boulevard, Suite 200
Austin, Texas 78756
*Mailing Address*:
Post Office Box 50210
Austin, Texas 78763
(512) 345-8964 – Telephone
(512) 697-0047 - Fax
frank@franklyon.com

PROPOSED COUNSEL FOR DEBTORS,

COWAN FITNESS SOUTH ROUND ROCK, LLC AND COWAN FITNESS NORTH ROUND ROCK, LLC.

# EXHIBIT A
# JOINTLY ADMINISTERED CASES CAPTION

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| IN RE: | § |
| | § |
| COWAN FITNESS SOUTH ROUND ROCK, LLC | § LEAD CASE NO. 25-10395-smr |
| | § |
| COWAN FITNESS NORTH ROUND ROCK, LLC | § SECOND CASE NO. 25-10396-smr |
| Jointly Administered Debtors | § CHAPTER 11, SUBCHAPTER V |
| | § (Jointly Administered Under |
| | § 25-10395-smr) |

1

---

[1] The Debtors' address is 808 Shady Bluff Cv, Round Rock, TX 78665. The last 4 digits of their EINs are 3364 (Cowan South Round Rock, LLC) and 3255 (Cowan Fitness North Rounbd Rock, LLC).

4