

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 08, 2025.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**IN RE:**

COWAN FITNESS SOUTH ROUND ROCK,, LLC

COWAN FITNESS NORTH ROUND ROCK, LLC
Jointly Administered Debtors

Case No.: 25-10395

Chapter: 11

### ORDER GRANTING MOTION FOR ADMISSION
### _PRO HAC VICE_

BE IT REMEMBERED that there was presented to the Court the motion for Admission _Pro Hac Vice_ filed by David S. Catuogno, Esq. ("Applicant") and the Court, having reviewed the motion, has decided it is meritorious.

ACCORDINGLY, IT IS ORDERED that the Motion for Admission _Pro Hac Vice_ is GRANTED, and Applicant may appear on behalf of Ultimate Fitness Group, LLC in the above case.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

###

Prepared by:
David S. Catuogno, Esq.
K&L Gates LLP
One Newark Center, 10th Floor
Newark, NJ 07102
973-848-4023
david.catuogno@klgates.com